ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 1 3 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JONATHAN DUPITON

Criminal Information

No. 1:26-CR-12

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
### Criminal Conspiracy
### (18 U.S.C. § 371)

1. Beginning on or about July 27, 2020, and continuing through on or about April 30, 2021, in the Northern District of Georgia and elsewhere, the defendant, JONATHAN DUPITON, a/k/a Anthony Watts, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others, to commit offenses against the United States, that is,

(a) to knowingly devise and participate in a scheme and artifice to defraud, and for obtaining money by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, and for the purpose of executing such scheme and artifice, to cause the United States Postal Service and any private and commercial interstate carrier to be used in mailing something in furtherance of said scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1341; and

(b) to knowingly devise and participate in a scheme and artifice to defraud, and for obtaining money by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, and for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, in violation Title 18, United States Code, Section 1343.

## BACKGROUND

At all times relevant to this Information:

2. Unemployment Insurance ("UI") was a joint state and federal program that provided monetary benefits to eligible beneficiaries. UI payments were intended to provide temporary financial assistance to lawful workers who were unemployed through no fault of their own. Beginning in or about March 2020, in response to the COVID-19 pandemic, several federal programs expanded UI eligibility and increased UI benefits, including the Pandemic Unemployment Assistance Program, Federal Pandemic Unemployment Compensation, and the Lost Wages Assistance Program.

3. In the State of California, the Employment Development Department ("CA-EDD"), based in Sacramento, California, administered the UI program. Those seeking UI benefits submitted an online application via the internet. Applicants had to provide certain information to establish eligibility to receive UI benefits, including their name, Social Security Number, and mailing address, among other things. Applicants also had to self-certify that they met a COVID-19-related

2

reason for being unemployed, partially employed, or unable to work. The CA-EDD relied upon the information in the applications to determine UI benefits eligibility. Once an application was approved, the CA-EDD typically distributed state and federal UI benefits electronically to a debit card, which claimants could use to withdraw funds and make purchases. These debit cards were sent via the U.S. Postal Service to the addresses the claimants provided. Claimants could activate their debit card via telephone or the internet.

## MANNER AND MEANS OF THE CONSPIRACY

4. As part of the schemes and artifices to defraud, through a means unknown, the defendant, JONATHAN DUPITON, a/k/a Anthony Watts, and Kadir Williams, Emmanuel Dupiton, and Camrin Bell, and others unknown to the United States obtained the names, dates of birth and Social Security Numbers of unwitting individuals. The conspirators and others unknown to the United States electronically, via the internet, submitted and caused to be submitted fraudulent UI applications for UI benefits to the CA-EDD. These applications were false and fraudulent in that they listed the names, dates of birth, and Social Security Numbers of the unwitting individuals without their knowledge or authorization. The false and fraudulent UI applications listed variations of email addresses, including bngray2213@gmail.com and slimairbnb11@gmail.com, as the claimants' contact email.

5. The false and fraudulent UI applications were electronically submitted to the CA-EDD via the internet using a virtual private network ("VPN"). A VPN

3

helps encrypt data and masks the actual originating IP address, helping to conceal the computer used for submitting the fraudulent claims.

6. In many instances, after the claim was approved, DUPITON, Williams, Emmanuel Dupiton, and Bell, and others unknown to the United States, updated the claimants' information to add a mailing address in the Northern District of Georgia for the delivery of debit cards containing UI benefits, thereby causing debit cards to be mailed to addresses in the Northern District of Georgia where the conspirators could obtain them.

7. The CA-EDD caused UI payments to be electronically deposited onto the debit cards. The defendants, DUPITON, Williams, Emmanuel Dupiton, and Bell, and others unknown to the United States, subsequently depleted the funds mainly by making cash withdrawals at ATMs located in the Northern District of Georgia and elsewhere. These transactions caused interstate wire transmissions.

8. As a result of the scheme, the CA-EDD was duped into mailing over 300 debit cards to metro-Atlanta area addresses and elsewhere, and transferring approximately $3,000,000 to those debit card accounts. The funds were mostly withdrawn at ATM machines in the metro-Atlanta area and elsewhere. The use of the ATM machines resulted in interstate wire communications.

## OVERT ACTS

9. In furtherance of the conspiracy, DUPITON and his co-conspirators committed at least one of the following overt acts, in the Northern District of Georgia and elsewhere:

4

a. On or about August 20, 2020, DUPITON and his co-conspirators caused a claim for UI benefits listing the name, date of birth, and social security number of A. J. to be electronically submitted to the CA-EDD.

b. On or about August 21, 2020, DUPITON and his co-conspirators caused a claim for UI benefits listing the name, date of birth, and social security number of C. C. to be electronically submitted to the CA-EDD.

c. On or about August 23, 2020, DUPITON and his co-conspirators caused a debit card ending in 3085 issued to C. C. to be mailed to an address located on Stovall St. SE, Atlanta, Georgia, that was leased to "Anthony Watts," which was an alias used by DUPITON.

d. On or about October 27, 2020, DUPITON and his co-conspirators caused a debit card ending in 6865 issued to A. J. to be mailed to the same address located on Stovall St. SE, Atlanta, Georgia, that was leased to "Anthony Watts."

All in violation of Title 18, United States Code, Section 371.

### Count Two
### Aggravated Identity Theft
### (18 U.S.C. § 1028A)

11. On or about October 27, 2020, in the Northern District of Georgia and elsewhere, the defendant, JONATHAN DUPITON, a/k/a Anthony Watts, aided and abetted by others known and unknown, knowingly possessed and used, without lawful authority, a means of identification of another person, that is, the

5

name, date of birth, and Social Security Number of A. J., during and in relation to mail fraud and wire fraud, as described in this Information.

All in violation of Title 18, United States Code, Section 1028A and Section 2.

THEODORE S. HERTZBERG
 *United States Attorney*

*Tracia M. King*
TRACIA M. KING
 *Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181